**CBIZ Valuation Group, LLC**
Jeffrey L. Sumpter (State Bar No. 118363)
jsumpter@cbiz.com
3101 N. Central Avenue, Suite 300
Phoenix, AZ 85012
Telephone: (602) 643-0112
Telecopier: (602) 265-7631

Financial Advisors and Consultants for Chapter 7 Trustee
*Fiducia in faciem incertum*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.  2:11-bk-54302-RN |
| | Chapter  7 |
| MEIR ASHER, | **FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF FINANCIAL ADVISORS AND CONSULTANTS FOR TRUSTEE; DECLARATIONS OF JEFFREY SUMPTER AND TRUSTEE IN SUPPORT THEREOF** |
| | Hearing Date: |
| Debtor. | DATE:    TBD<br>TIME:    TBD<br>PLACE:  255 E. Temple Street<br>Courtroom 1645<br>Los Angeles, CA 90012 |

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE PRESIDING, TRUSTEE, UNITED STATES TRUSTEE, DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:**

CBIZ Valuation Group, LLC (the "Applicant" or "CBIZ"), financial advisors and consultants for Wesley H. Avery, Chapter 7 Trustee (the "Trustee") in the above-captioned Chapter 7 case, in support of its final application for allowance and payment of fees and

APPLICATION

reimbursement of expenses pursuant to 11 U.S.C. §§ 328, 330 and 331, represents as

follows:

## INTRODUCTION

1.      This case was commenced by the filing of a voluntary petition for relief under

Chapter 7 of the Bankruptcy Code on or about October 25, 2011.  Applicant was

employed as the Trustee's financial advisors and consultants pursuant to this Court's

order, effective as of December 5, 2011.

2.      This is Applicant's first and final fee application in this case. Applicant was

employed to perform services for the benefit of the estate and its creditors to include:

identify and investigate potential assets of the estate; analyze and investigate avoidable

transfers made by the Debtor, including preferential and fraudulent transfers; provide

litigation support, valuation and expert witness services for the Trustee; advise the Trustee

of any tax consequences derived from the liquidation of estate assets; perform any

necessary tax work required for the estate, including communication with taxing

authorities, as well as preparation and filing of state and federal tax returns; and provide

such other financial advisory and consulting services as requested by the Trustee.

Applicant has diligently performed those services at the request and direction of the

Trustee and his counsel for more than 4 years and is now seeking compensation therefor

after assisting the Trustee and his counsel with their successful recovery of $2,000,000 for

the benefit of the estate and its creditors.

## SUMMARY OF THE FIRM'S ACTIVITIES IN THE CASE AS FINANCIAL ADVISORS AND CONSULTANTS FOR THE TRUSTEE

3.      From December 5, 2011 through the date hereof (the period covered by this

final fee application), the Applicant has rendered the following valuable services to the

estate.

Tax Services

4.      At the request of the Trustee, Applicant reviewed and reconstructed the

incomplete books and records of the Debtor and related entities, analyzed the Trustee's

APPLICATION

1  accounting records and prior tax returns of the Debtor and related entities along with other

2  relevant business and tax records, analyzed the relevant supporting records and consulted

3  with the Trustee relative to the tax consequences of the Trustee's settlement outlined

4  below and preparation of the estate's income tax returns, prepared supporting income,

5  expense, basis and related schedules for the preparation of the estate's federal and state

6  income tax returns and related forms which were required to be filed by the Trustee and

7  prepared the estate's federal and state income tax returns for the period of the Trustee's

8  administration of this case.

9      5.    These services required 31.6 hours and $8,020.50 in fees during the period

10  covered hereby.

11      Litigation Support – Asset Analysis and Recovery

12      6.    This area comprised the majority of Applicant's services provided during the

13  period covered by this final fee application.  Applicant played a key role in the Trustee's

14  investigation and reconstruction of the Debtor's financial records, and was called upon to

15  perform a significant amount of litigation support, valuation, expert testimony and related

16  forensic investigation work for the Trustee and his counsel. At the request of the Trustee,

17  Applicant conducted a public records search of business interests and real estate held by

18  the Debtor and related individuals and entities. Applicant's efforts uncovered numerous

19  related party transfers, hidden real property, undisclosed business entities, and other

20  transfers not identified in the Debtor's schedules and statement of financial affairs.

21      7.    Applicant discovered that the Debtor had assumed the identity of his brother,

22  ILAN MEIR, who resided outside of the United States. Through Applicant's investigation,

23  Applicant determined that the Debtor had obtained a fraudulent driver's license from the

24  California Department of Motor Vehicles, which included the Debtor's picture and

25  fingerprints along with his brother's name and other personal information, thereby allowing

26  the Debtor to swap identities with his brother. The Debtor obtained a Social Security

27  number, shared 6 different addresses with his brother, was affiliated with 17 entities,

28  opened bank accounts, and owned unscheduled businesses, including TSF Wholesale &

3

APPLICATION

T-Shirt Printing, LLC ("TSF") which was valued by Applicant at over $3.5 million. Applicant valued real property interests of the estate and the TSF business and provided related expert testimony as part of the Trustee's subsequent litigation. Applicant also uncovered the Debtor's undisclosed interest in East 81st Street LLC, which owned a penthouse in New York worth $700,000. The Debtor had acquired the New York penthouse for $450,000 in cash and transferred it for no consideration to his brother and his ex-wife's brother. At the time of the transfer, the State of Nevada was prosecuting the Debtor for restitution for having tendered bad checks for over $3.5 million to 2 Las Vegas casinos. The Debtor was also being sued by the same casinos in a civil lawsuit.

8.    Applicant conducted an extensive review and analysis of public records and related databases, marital dissolution pleadings, and voluminous business records produced, and prepared detailed schedules of hidden assets, potential avoidable transfers, related entities, and supporting information. Applicant evaluated and consulted with the Trustee's counsel relative to the estate's assets, transfers and value of the business complex where TSF operated in Los Angeles, CA along with residential real property in Beverly Hills, CA and the estate's claims thereto.

9.    Applicant continuously consulted with the Trustee and his counsel as new information was uncovered during the course of rendering services. Applicant's efforts assisted the Trustee's counsel in commencing and pursuing the litigation to seek to recover estate assets and avoidable transfers. Applicant assisted the Trustee's counsel with discovery requests, along with the review of related document productions. Applicant also assisted the Trustee's counsel by locating and organizing the extensive supporting records relating to the estate's assets and avoidable transfers for the Trustee's litigation.

10.    Ultimately, the Trustee settled his adversary proceedings with Court approval for the benefit of the estate, thereby allowing the estate to realize $2.0 million therefrom.

11.    As set forth above, Applicant was called upon to perform a significant amount of work in this area. As a result, Applicant naturally incurred the fees and costs set

APPLICATION

forth herein. These services required 531.2 hours and $150,135.50 in professional fees during the period covered hereby.

Employment/Fee Applications

12.    Included in this category are fees relating to the preparation, review and filing of pleadings relative to the firm's employment application, first and final fee applications and related notices, declarations, orders and exhibits.

13.    These services required 23.1 hours and 8,693.25 in professional fees during the period covered hereby.

## ANALYSIS OF FEES AND COSTS

14.    Applicant incurred 585.8 hours and $166,849.25 in fees for the period covered hereby. Applicant also incurred  in $3,431.72 out-of-pocket expenses. Exhibit "A" attached hereto includes a summary invoice of professional fees and costs being requested which is supported by the computerized time and expense detail regularly maintained by Applicant in the ordinary course of business.

15.    The breakdown of fees by individual participant is summarized in Exhibit "B" attached hereto.

16.    Applicant's blended hourly billing rate for services in this case was $285.

## STANDARD FOR REVIEWING FEE APPLICATION AND REIMBURSEMENT OF EXPENSES

17.    In Johnson v. Georgia Highway Express, Inc., 488 F.2d 719 (5th Circuit 1974), the Court set forth factors for determining a reasonable allowance of professional fees.  These factors were made applicable to bankruptcy cases through In re First Colonial Corporation of America, 544 F.2d 1291, 1299 (5th Circuit 1977), cert. denied, 431 U.S. 904 (1977), and they are now substantially codified in Section 330(a) of the Bankruptcy Code.  These factors are applicable in the case at bar as follows:

A.    **Time and Labor Required**

APPLICATION

Applicant has expended 585.8 hours on this case.  The above description of the history of this proceeding and the Firm's participation as the financial advisors and consultants for the Trustee amply justify this expenditure of time.

### B.    Novelty and Difficulty of the Questions

This case has presented several unique and difficult issues with which the Applicant had to identify and attempt to resolve as mentioned above in the Summary of the Firm's Activities.

### C.    Skill Required to Perform the Services Properly

The detail provided in the body of this fee application illustrates the necessity of the Applicant's exceptional knowledge and skills in fulfilling its obligations to the Trustee.

### D.    Customary Fees

The rates charged by the Applicant and staff are normal charges on work performed on these matters, without considering size and degree of responsibility, difficulty, complexity, or results achieved.

### E.    Whether the Fee is Fixed or Contingent

As in all bankruptcy proceedings, the Firm's fees in connection with serving as the financial advisors and consultants for the Trustee in this Chapter 7 case are subject to the discretion of the Court in determining the value of the services rendered to the estate, and are subject to the availability of the funds of the estate.

### F.    Experience, Reputation and Ability of Firm

The Applicant is one of the largest business advisory firms in the United States, and the Applicant has extensive knowledge in the real estate, corporate, commercial and insolvency areas of finance.  The professionals of the Applicant providing services on behalf of the Trustee have considerable experience and resources available, which have greatly assisted them in rendering such services.  Business consultants with lesser experience or available resources might have required additional time and costs to complete the assignment.

The Applicant routinely serves as financial advisors, business consultants, tax

APPLICATION

1  analysts or crisis manager in other cases in which attorneys and/or trustees are members

2  or associates of firms which may represent interested parties in the within case.  The

3  Applicant believes that no conflict of interest results therefrom.

4

5  **STATEMENT OF CLIENT PURSUANT TO THE GUIDELINES OF THE OFFICE OF THE**

6  **UNITED STATES TRUSTEE**

7    18.    This fee application is being served upon the Trustee, United States Trustee,

8  Debtor, and counsel, if any.  The Applicant believes that subsequent to a review hereof,

9  the Trustee will indicate he has reviewed such fee application and has no objection

10  thereto.  Such statement and/or comments will be filed with this Court subsequent to its

11  return to the Applicant.

12

13  **FUNDS ON HAND IN THE DEBTOR'S ESTATE**

14    19.    The Applicant has been informed that the estate has sufficient cash on hand

15  to pay allowed administrative claims.

16

17  **CONCLUSION**

18    20.    As part of the Court approved settlement referenced above, as an

19  accommodation to the estate, Applicant has agreed to a 4% reduction in Applicant's total

20  requested fees and costs of $170,280.97. As a result, Applicant hereby reduces its costs

21  requested to $0 and fees requested to $163,000, which represents a total reduction of

22  slightly more than 4%. Accordingly, the Applicant submits that its remaining requested

23  fees are reasonable and the services rendered were of substantial benefit to the estate;

24  the fees requested should therefore be allowed for payment.

25

26    **WHEREFORE**, the Applicant prays that this Court enter its order allowing and

27  approving Applicant's unpaid fees of $163,000 and costs of $0 from estate funds, and for

28  such other relief as approved by the Court for the period covered by this fee application.

7

APPLICATION

1   DATED:  June 27th, 2016          CBIZ Valuation Group, LLC

2

3                                    By: _____
                                         Jeffrey L. Sumpter
4                                        Financial Advisors for Trustee

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION

1

## DECLARATION OF JEFFREY L. SUMPTER

2

3          I, Jeffrey L. Sumpter, declare:

4          1.      I am an attorney licensed to practice in the state of California. I am a

5      managing director in the firm of CBIZ Valuation Group, LLC (the "Applicant"), financial

6      advisors and consultants for the Trustee herein.

7          2.      The following statements are made based on facts within my personal

8      knowledge, unless stated on information and belief, and as to such statements I believe

9      them to be true and if called upon as a witness, I could and would testify competently

10     thereto.

11         3.      In the ordinary course of its business the Applicant maintains a record of all

12     time expended by its professionals on a computerized time and billing system.  At or near

13     the time professional services are rendered, professionals of the Applicant prepare a

14     written record or make an entry directly into the computer billing system for the time

15     expended including a detailed description of the services provided.  This information is

16     entered into the Firm's computerized billing system and extended by the applicable billing

17     rates for each professional.  At any time a reimbursable charge is incurred on behalf of a

18     client, a record is likewise made and entered into the computer.  The Applicant conducts

19     its business in reliance upon the accuracy of such records. At the appropriate time for

20     making a fee application, a computerized listing of all time and expense items is prepared

21     and the totals of such items are transcribed to a Summary Invoice covering the period for

22     which the services were rendered.

23         4.      Attached hereto are Exhibits "A" through "D" which include the Professional

24     Fee Statement, Professional Activity Summary, Monthly Summary of Fees, and Resumes

25     of Applicant's professionals through the date hereof, which includes all applicable detail

26     time and expense charges for which compensation is being sought herein. The attached

27     exhibits include true and accurate compilations of the time spent and the expenses

28     incurred in this matter for which compensation is being sought.

DECLARATION

5.      No agreement or understanding between the Applicant and any other entity exists for the sharing of any compensation received or to be received by Applicant for services rendered by the Applicant in connection with this case.

6.      I have personally reviewed the fee application to which this Declaration is attached to eliminate any duplicate charges and/or staff training time and have determined that (i) all charges contained therein were necessary and reasonable in the circumstances and (ii) such fee application complies with the Guidelines of the Office of the United States Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27 th day of June, 2016, at Phoenix, Arizona.


Jeffrey L. Sumpter

DECLARATION

## DECLARATION OF WESLEY H. AVERY

I, Wesley H. Avery, declare as follows:

1.    I am the duly qualified and appointed Trustee for the Debtor's estate herein. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify thereto.  I submit this Declaration in support of the Final Application for Allowance and Payment of Fees and Reimbursement of Expenses of the Financial Advisors and Consultants for Trustee, by CBIZ Valuation Group, LLC (the "Application").

2.    I have reviewed the Application and the billing statements submitted by CBIZ Valuation Group, LLC attached hereto.  I have no objection to the Application or the billing statements.  The fees and expenses incurred are reasonable and are based on actual and necessary services and expenses.  Accordingly, I fully support the Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of June, 2016 at Los Angeles, California.

Wesley H. Avery,
Trustee

DECLARATION

**Bankruptcy Estate of Meir Asher**
Filing:  2:11-bk-54302-RN
Summary of Time and Expenses

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| | **Asset Analysis and Recovery:** | | | | |
| 12/9/11 | Review petition and schedules and tax returns and financial records and emails to/from debtor's counsel re turnover of records. | J. Sumpter | 1.2 | $455 | $546.00 |
| 12/14/11 | Analysis of public records re estate assets and transfers. | L. Lee | 0.4 | $290 | $116.00 |
| 12/14/11 | Analysis of business records and public records produced re estate and potential hidden assets and transfers; meeting with Trustee re same. | J. Sumpter | 0.9 | $455 | $409.50 |
| 12/15/11 | Analysis of public records re estate assets and transfers. | L. Lee | 4.1 | $290 | $1,189.00 |
| 12/19/11 | Analysis of public records re estate assets and transfers. | L. Lee | 3.7 | $290 | $1,073.00 |
| 12/20/11 | Prepare schedule from analysis of public records re estate assets and transfers. | L. Lee | 2.9 | $290 | $841.00 |
| 12/22/11 | Analysis of records provided by Trustee; update schedule with new information. | L. Lee | 3.1 | $290 | $899.00 |
| 1/4/12 | Analysis of debtor records for avoidable transfers and hidden assets. | J. Sumpter | 0.3 | $455 | $136.50 |
| 1/5/12 | Review pleadings and business records produced for estate assets and transfers. | J. Sumpter | 0.9 | $455 | $409.50 |
| 1/11/12 | Analysis of bankruptcy schedules and pleadings and public records re estate assets and transfers. | J. Sumpter | 0.8 | $455 | $364.00 |
| 1/12/12 | Analysis of documents re estate assets and transfers. | L. Lee | 0.6 | $290 | $174.00 |
| 1/13/12 | Analysis of public records re estate assets and transfers. | J. Sumpter | 0.3 | $455 | $136.50 |
| 1/18/12 | Analysis of public and business records re estate assets and transfers; email L. Lee re same. | J. Sumpter | 0.8 | $455 | $364.00 |
| 1/19/12 | Analysis of business records for estate asserts and transfers; emails with L.Lee re same. | J. Sumpter | 0.5 | $455 | $227.50 |
| 1/19/12 | Search of public records, examination of documents, prepare schedule of findings. | L. Lee | 3.8 | $290 | $1,102.00 |
| 1/20/12 | Examination of documents re estate assets and transfers. | L. Lee | 0.2 | $290 | $58.00 |
| 1/20/12 | Analysis of public records, bankruptcy petition and schedules re estate assets and related party fraud transactions. | J. Sumpter | 1.1 | $455 | $500.50 |
| 1/23/12 | Analysis of debtor and Ilan Asher transaction and related public records and summarize transactions for asset recoveries. | J. Sumpter | 1.2 | $455 | $546.00 |

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 1/24/12 | Analysis of business and public records re Meir and Ilan Asher estate assets and avoidable transfers. | J. Sumpter | 0.8 | $455 | $364.00 |
| 1/24/12 | Examination and analysis of documents re estate assets and transfers. | L. Lee | 0.3 | $290 | $87.00 |
| 1/24/12 | Search of public records re estate assets and transfers. | L. Lee | 0.3 | $290 | $87.00 |
| 1/25/12 | Analysis of business and public records re estate assets and avoidable transfers; tel confs with L. Lee re same. | J. Sumpter | 1.6 | $455 | $728.00 |
| 1/25/12 | Examine court records at courthouse and archives re estate assets and transfers. | L. Lee | 7.6 | $290 | $2,204.00 |
| 1/25/12 | Travel from courthouse to office. | L. Lee | 0.8 | $290 | $232.00 |
| 1/26/12 | Examination of court records/documents in court archives re estate assets and transfers; start to document summary of findings re same. | L. Lee | 6.4 | $290 | $1,856.00 |
| 1/26/12 | Travel from courthouse to office. | L. Lee | 0.8 | $290 | $232.00 |
| 1/26/12 | Analysis of divorce case pleadings, declaration of B. Fischer, debtor financial records, and public records re estate assets and transfers. | J. Sumpter | 1.4 | $455 | $637.00 |
| 1/27/12 | Examination of public records/documents; Summarize/memorialize findings to date from search of public records and archives. | L. Lee | 3.4 | $290 | $986.00 |
| 1/27/12 | Correspondence with Debtor's accountant to obtain various records re estate assets and tax returns. | L. Lee | 0.3 | $290 | $87.00 |
| 1/27/12 | Analysis of public and business records of Meir and Ilan Asher for estate assets and transfers and email trustee summary of findings re same. | J. Sumpter | 1.4 | $455 | $637.00 |
| 2/2/12 | Attempt to contact Debtor's accountant to obtain relevant records. | L. Lee | 0.1 | $290 | $29.00 |
| 2/7/12 | Correspondence with Trustee req that he send authorization to Debtor's accountant to obtain necessary documents. | L. Lee | 0.1 | $290 | $29.00 |
| 2/16/12 | Review business records and prepare letter to debtor re turnover of further records needed for analysis of estate assets and transfers. | J. Sumpter | 0.2 | $455 | $91.00 |
| 2/28/12 | Review emails from L. Lee and Trustee re debtor's document production. | J. Sumpter | 0.1 | $455 | $45.50 |
| 3/27/12 | Preparation of schedule for insolvency analysis. | L. Lee | 1.2 | $290 | $348.00 |
| 5/3/12 | Review of claims register; update solvency schedule with new claims and related items on docket. | L. Lee | 0.4 | $290 | $116.00 |
| 6/1/12 | Debtor documents production analysis and email from L. Lee re same. | J. Sumpter | 0.1 | $455 | $45.50 |
| 6/4/12 | Records analysis and email Trustee and G. Nicol re same and production. | J. Sumpter | 0.3 | $455 | $136.50 |

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 7/3/12 | Records analysis and follow with L. Lee and Trustee's counsel re additional records turnover. | J. Sumpter | 0.2 | $455 | $91.00 |
| 7/3/12 | Correspondence with M Berger re status of case. | L. Lee | 0.1 | $290 | $29.00 |
| 9/20/12 | Analysis of records for estate assets and transfers; tel conf with L. Lee re same. | J. Sumpter | 0.3 | $455 | $136.50 |
| 9/20/12 | Correspondence with S Havkin re status of proceedings. | L. Lee | 0.1 | $290 | $29.00 |
| 11/15/12 | Analysis of business records re estate assets and transfers; emails to/from S. Havkin, L. Lee and Trustee re same. | J. Sumpter | 0.5 | $455 | $227.50 |
| 11/15/12 | Review of documents provided by debtor and prior correspondence with Trustee and prior counsel. | L. Lee | 1.1 | $290 | $319.00 |
| 11/15/12 | Correspondence with counsel re prior efforts to obtain documents from debtor. | L. Lee | 0.1 | $290 | $29.00 |
| 2/25/13 | Correspondence with counsel re status of proceedings. | L. Lee | 0.1 | $300 | $30.00 |
| 6/20/13 | Review public records re debtor and related entities. | L. Lee | 2.2 | $300 | $660.00 |
| 6/20/13 | Review of court filings and related adversarial cases. | L. Lee | 3.6 | $300 | $1,080.00 |
| 6/20/13 | Correspondence with counsel re status of proceedings. | L. Lee | 0.1 | $300 | $30.00 |
| 6/21/13 | Records analysis re estate assets and transfers. | J. Sumpter | 0.3 | $470 | $141.00 |
| 6/24/13 | Analysis of court documents for estate assets and transfers. | D. King | 1.3 | $195 | $243.75 |
| 7/10/13 | Analysis of financial records for LLC valuation; review email from L. Lee re same. | J. Sumpter | 0.2 | $470 | $94.00 |
| 7/10/13 | Correspondence with S Havkin re status of engagement. | L. Lee | 0.1 | $300 | $30.00 |
| 7/11/13 | Records analysis re avoidable transfers and conf calls with Trustee's counsel, S. Havkin, Esq. and L. Lee re same. | J. Sumpter | 0.5 | $470 | $235.00 |
| 7/11/13 | Review of documents and schedules in preparation for teleconference with counsel for later today; correspondence with J Sumpter re same. | L. Lee | 0.6 | $300 | $180.00 |
| 7/11/13 | Teleconference with S Havkin, G Nichol, J Sumpter re documents requested by debtor and produced by debtor and analysis to be performed upon receipt of docs. | L. Lee | 0.5 | $300 | $150.00 |
| 7/12/13 | Records analysis re avoidable transfers and prepare related schedules. | J. Sumpter | 0.4 | $470 | $188.00 |
| 7/12/13 | Analysis of property schedule for estate assets and transfers. | D. King | 1.0 | $195 | $195.00 |
| 7/15/13 | Records analysis for avoidable transfers. | J. Sumpter | 0.4 | $470 | $188.00 |
| 7/15/13 | Review of public records and UCC filings; correspondence with S Havkin re same. | L. Lee | 1.0 | $300 | $300.00 |

EXHIBIT "A"

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 7/15/13 | Meeting with S Havkin and G Nicol to review facts and documents of case, including travel time. | L. Lee | 3.9 | $300 | $1,170.00 |
| 7/16/13 | Correspondence with S Havkin with list of related entities identified during initial search. | L. Lee | 0.2 | $300 | $60.00 |
| 7/17/13 | Correspondence with S Havkin providing list of requested documents and financial information. | L. Lee | 0.2 | $300 | $60.00 |
| 7/17/13 | Preliminary search of public records re 3200 S Grand; correspondence with S Havkin re same. | L. Lee | 0.6 | $300 | $180.00 |
| 7/17/13 | Meeting with D King to review facts of the case. | L. Lee | 0.8 | $300 | $240.00 |
| 7/17/13 | Analysis and scanning of documents received from council re estate assets and transfers. | D. King | 7.0 | $195 | $1,365.00 |
| 7/17/13 | Travel time to LA for document analysis and scanning. | D. King | 2.0 | $195 | $390.00 |
| 7/17/13 | Meeting w/ L. Lee to discuss case details and work plan re recovery of estate assets. | D. King | 1.0 | $195 | $195.00 |
| 7/18/13 | Records analysis for avoidable transfers. | J. Sumpter | 0.7 | $470 | $329.00 |
| 7/18/13 | Search of public records related to debtor, affiliated entities and property; correspondence with S Havkin re same. | L. Lee | 0.6 | $300 | $180.00 |
| 7/18/13 | Travel time returning from LA for document analysis and scanning. | D. King | 2.0 | $195 | $390.00 |
| 7/18/13 | Pulled property, individual, and business reports from Lexis Nexis. | D. King | 0.5 | $195 | $97.50 |
| 7/18/13 | Analysis and scanning of documents received from council re estate assets and transfers. | D. King | 3.8 | $195 | $731.25 |
| 7/19/13 | Review documents provided by Trustee's counsel re estate assets and transfers. | L. Lee | 6.2 | $300 | $1,860.00 |
| 7/19/13 | Analysis of documents received from council re estate assets and transfers. | D. King | 1.0 | $195 | $195.00 |
| 7/19/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | A. Cornick | 5.0 | $49 | $245.00 |
| 7/22/13 | Analysis of records production for estate assets and transfers; prepare related schedules. | J. Sumpter | 0.5 | $470 | $235.00 |
| 7/22/13 | Review of documents provided by counsel re estate assets and transfers. | L. Lee | 7.5 | $300 | $2,250.00 |
| 7/22/13 | Scanning documents obtained from S. Havkin for further analysis | A. Cornick | 5.3 | $49 | $257.25 |
| 7/22/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | N. Kido | 4.7 | $49 | $230.30 |
| 7/23/13 | Review of documents provided by counsel re estate assets and transfers. | L. Lee | 5.5 | $300 | $1,650.00 |

EXHIBIT "A"

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 7/23/13 | Travel time from Phoenix to LA for analysis & processing of documents received from council. | D. King | 2.0 | $195 | $390.00 |
| 7/23/13 | Analysis and scanning of documents received from council. | D. King | 7.0 | $195 | $1,365.00 |
| 7/24/13 | Analysis of business records for estate assets and transfers; prepare related schedules. | J. Sumpter | 0.4 | $470 | $188.00 |
| 7/24/13 | Review of documents provided by counsel re estate assets and transfers. | L. Lee | 6.3 | $300 | $1,890.00 |
| 7/24/13 | Generated document inventory re records production. | D. King | 7.0 | $195 | $1,365.00 |
| 7/24/13 | Travel time from LA to Phoenix for analysis and processing of docs received from council. | D. King | 2.0 | $195 | $390.00 |
| 7/24/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | N. Kido | 0.6 | $49 | $29.40 |
| 7/24/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | A. Cornick | 3.0 | $49 | $147.00 |
| 7/25/13 | Records analysis and prepare schedules re estate assets and transfers. | J. Sumpter | 0.3 | $470 | $141.00 |
| 7/25/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 4.9 | $300 | $1,470.00 |
| 7/25/13 | Analysis of documents received from council & continued work on document inventory. | D. King | 5.5 | $195 | $1,072.50 |
| 7/25/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | N. Kido | 3.7 | $49 | $181.30 |
| 7/25/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | Nardi | 3.3 | $49 | $161.70 |
| 7/26/13 | Records analysis for estate assets and transfers; conf call with D. King re same. | J. Sumpter | 0.2 | $470 | $94.00 |
| 7/26/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 8.1 | $300 | $2,430.00 |
| 7/26/13 | Analysis of documents received from council & continued work on document inventory. | D. King | 4.3 | $195 | $828.75 |
| 7/26/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | Nardi | 1.3 | $49 | $63.70 |
| 7/26/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | N. Kido | 3.3 | $49 | $161.70 |
| 7/29/13 | Analysis of business records for estate assets and avoidable transfers; prepare related schedules. | J. Sumpter | 0.8 | $470 | $376.00 |
| 7/29/13 | Review of documents provided by counsel re estate assets and transfers. | L. Lee | 7.8 | $300 | $2,340.00 |

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 7/29/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | N. Kido | 0.8 | $49 | $39.20 |
| 7/29/13 | Scanning documents obtained from S. Havkin for further analysis re estate assets and transfers. | Nardi | 0.8 | $49 | $39.20 |
| 7/30/13 | Analysis of business records for estate assets and transfers; prepare related schedules. | J. Sumpter | 0.6 | $470 | $282.00 |
| 7/30/13 | Review of documents provided by counsel re estate assets and transfers. | L. Lee | 5.7 | $300 | $1,710.00 |
| 7/31/13 | Analysis of business records for estate assets and transfers; prepare related schedules. | J. Sumpter | 0.4 | $470 | $188.00 |
| 7/31/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 4.6 | $300 | $1,380.00 |
| 7/31/13 | Analysis of documents received from council and continued work on document inventory. | D. King | 4.0 | $195 | $780.00 |
| 8/1/13 | Analysis and inventory of documents received from council. | D. King | 1.5 | $195 | $292.50 |
| 8/1/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 4.0 | $300 | $1,200.00 |
| 8/2/13 | Review documents provided by counsel re estate assets and transfers. | D. King | 6.8 | $195 | $1,316.25 |
| 8/2/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 6.4 | $300 | $1,920.00 |
| 8/5/13 | Review documents provided by counsel re estate assets and transfers. | D. King | 5.0 | $195 | $975.00 |
| 8/6/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 2.4 | $300 | $720.00 |
| 8/6/13 | Review documents provided by counsel re estate assets and transfers. | D. King | 3.8 | $195 | $731.25 |
| 8/7/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 1.6 | $300 | $480.00 |
| 8/7/13 | Review documents provided by counsel re estate assets and transfers. | D. King | 5.0 | $195 | $975.00 |
| 8/8/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 0.8 | $300 | $240.00 |
| 8/8/13 | Analyzed and inventoried documents received from counsel, and identified debtor bank accounts. | D. King | 0.8 | $195 | $146.25 |
| 8/9/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 2.6 | $300 | $780.00 |
| 8/15/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 1.4 | $300 | $420.00 |
| 8/19/13 | Review documents provided by counsel re estate assets and transfers. | L. Lee | 1.2 | $300 | $360.00 |
| 8/19/13 | Teleconference with S Havkin re request for specific records from file. | L. Lee | 0.1 | $300 | $30.00 |
| 8/20/13 | Correspondence with S Havkin providing requested document. | L. Lee | 0.1 | $300 | $30.00 |
| 8/22/13 | Review recent court documents. | L. Lee | 0.3 | $300 | $90.00 |

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 8/22/13 | Review fraudulent conveyance complaint 81st Street LLC. | J. Sumpter | 0.3 | $470 | $141.00 |
| 9/19/13 | Preparation of electronic copies of documents for delivery to S Havkin for litigation. | L. Lee | 1.1 | $300 | $330.00 |
| 9/20/13 | Preparation of electronic copies of documents for S Havkin for litigation. | L. Lee | 1.9 | $300 | $570.00 |
| 9/24/13 | Tele conf w/ L. Lee re documents produced. | D. King | 0.3 | $195 | $48.75 |
| 9/24/13 | Prepare electronic records for counsel for litigation. | L. Lee | 3.8 | $300 | $1,140.00 |
| 9/25/13 | Meeting with G Nicol, deliver disks of electronic documents and return certain original documents, including travel time. | L. Lee | 1.9 | $300 | $570.00 |
| 10/24/13 | Correspondence with S Havkin re request for current documents from debtor. | L. Lee | 0.1 | $300 | $30.00 |
| 10/25/13 | Emails to/from L. Lee and S. Havkin re pending litigation and records turn over. | J. Sumpter | 0.2 | $470 | $94.00 |
| 1/7/14 | Teleconference with S Havkin to discuss progress with case; follow up with requested documents. | L. Lee | 0.4 | $325 | $130.00 |
| 4/15/14 | Review recent docket activity. | L. Lee | 0.1 | $325 | $32.50 |
| 5/9/14 | Teleconference with S Havkin and J Sumpter re preparation of exhibits for pretrial hearing and trial. | L. Lee | 0.1 | $325 | $32.50 |
| 5/12/14 | Review complaint and related evidence for trial preparation. | J. Sumpter | 1.1 | $495 | $544.50 |
| 5/13/14 | Review business records for trial preparation and trial exhibits. | J. Sumpter | 0.3 | $495 | $148.50 |
| 5/14/14 | Records review for trial preparation and exhibits for trial. | J. Sumpter | 1.2 | $495 | $594.00 |
| 5/14/14 | Review complaints and replies to complaints; review relevant documents on file in support of complaints. | L. Lee | 8.9 | $325 | $2,892.50 |
| 5/15/14 | Review business records for trial preparation and exhibits. | J. Sumpter | 0.7 | $495 | $346.50 |
| 5/15/14 | Teleconference with S Havkin re preparation of documents for trial. | L. Lee | 0.1 | $325 | $32.50 |
| 5/19/14 | Review trial records for trial preparation. | J. Sumpter | 1.3 | $495 | $643.50 |
| 5/29/14 | Review of documents provided by counsel during meeting 5/29/14. | L. Lee | 1.7 | $325 | $552.50 |
| 5/29/14 | Meeting with S Havkin and G Nicol re status of case, upcoming trial and assistance requested.  Digital documents provided by counsel during meeting for accounting records and analysis. Time includes travel. | L. Lee | 3.3 | $325 | $1,072.50 |
| 5/29/14 | Correspondence and teleconferences with J Sumpter re meeting with counsel, documents provided, information requested and overall status of case. | L. Lee | 1.6 | $325 | $520.00 |

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 5/30/14 | Review docket activity of adversarial proceedings related to bankruptcy; examination of certain documents from same. | L. Lee | 1.6 | $325 | $520.00 |
| 5/30/14 | Correspondence with S Havkin re follow up to meeting of 5/29/14. | L. Lee | 0.3 | $325 | $97.50 |
| 5/30/14 | Teleconferences and correspondence with J Sumpter re details of valuations requested by counsel 5/29/14 and related documents in file to preform work. | L. Lee | 0.9 | $325 | $292.50 |
| 5/30/14 | Teleconferences with D King re work plan for valuations requested by counsel and related documents obtained 5/29/14. | L. Lee | 0.3 | $325 | $97.50 |
| 5/30/14 | Correspondence with L Atkinson re request for valuation of real property. | L. Lee | 0.3 | $325 | $97.50 |
| 5/30/14 | Review of documents provided by counsel 5/29/14. | L. Lee | 4.1 | $325 | $1,332.50 |
| 6/2/14 | Correspondence with J Sumpter re support for document requests from debtor and their counsel. | L. Lee | 0.1 | $325 | $32.50 |
| 6/2/14 | Teleconference with D King re valuation of various entities. | L. Lee | 0.1 | $325 | $32.50 |
| 6/2/14 | Correspondence with L Atkinson and J Sumpter re real property valuation. | L. Lee | 0.2 | $325 | $65.00 |
| 6/2/14 | Review of docket activity for three adversary proceedings and examination of selected documents from same. | L. Lee | 3.7 | $325 | $1,202.50 |
| 6/2/14 | Correspondence with S Havkin re valuation experts performing real property and entity valuations. | L. Lee | 0.2 | $325 | $65.00 |
| 6/2/14 | Review records for trial preparation. | J. Sumpter | 0.5 | $495 | $247.50 |
| 6/2/14 | Correspondence with A McArthur re entity valuations and contact information of counsel. | L. Lee | 0.1 | $325 | $32.50 |
| 6/3/14 | Correspondence with S Havkin with support for document requests with debtor's counsel, CV's of valuation experts. | L. Lee | 0.2 | $325 | $65.00 |
| 6/3/14 | Correspondence with L Atkinson and J Rimar re valuation of real property for estate. | L. Lee | 0.1 | $325 | $32.50 |
| 6/3/14 | Review support from J Sumpter re requests for documents from debtor's counsel. | L. Lee | 0.1 | $325 | $32.50 |
| 6/3/14 | Teleconference with A McArthur re valuations requested by counsel and support for same. | L. Lee | 0.1 | $325 | $32.50 |
| 6/3/14 | Records analysis for trial preparation. | J. Sumpter | 1.4 | $495 | $693.00 |
| 6/4/14 | Correspondence with J Rimar and S Havkin re valuation of real properties. | L. Lee | 0.2 | $325 | $65.00 |
| 6/4/14 | Records review for trial preparation. | J. Sumpter | 0.8 | $495 | $396.00 |
| 6/5/14 | Records analysis for trial preparation. | J. Sumpter | 0.3 | $495 | $148.50 |
| 6/5/14 | Correspondence with S Havkin and J Rimar re inspection of real properties. | L. Lee | 0.1 | $325 | $32.50 |
| 6/5/14 | Review of various court filings. | L. Lee | 1.6 | $325 | $520.00 |

EXHIBIT "A"

| Date | Description | Staff | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 6/9/14 | Client Discussions/ File Set up for valuation. | A. McArthur | 2.0 | $415 | $830.00 |
| 6/9/14 | Subject/Comp Research for valuation. | J. Rimar | 1.8 | $310 | $542.50 |
| 6/10/14 | Research/Analysis for valuation. | J. Rimar | 6.8 | $310 | $2,092.50 |
| 6/12/14 | Prepared valuation for of Butterfly Dropout, LLC. | D. King | 1.3 | $225 | $281.25 |
| 6/12/14 | Trip Planning for valuation. | J. Rimar | 0.5 | $310 | $155.00 |
| 6/17/14 | Comp Research for valuation. | J. Rimar | 2.0 | $310 | $620.00 |
| 6/17/14 | Travel for valuation. | J. Rimar | 1.8 | $310 | $542.50 |
| 6/18/14 | Travel for valuation. | J. Rimar | 1.3 | $310 | $387.50 |
| 6/19/14 | Site Inspection for valuation. | J. Rimar | 4.0 | $310 | $1,240.00 |
| 6/19/14 | Travel for valuation. | J. Rimar | 1.3 | $310 | $387.50 |
| 6/24/14 | Review Documents for valuation. | A. McArthur | 2.0 | $415 | $830.00 |
| 6/25/14 | Upload data/notes from Trip/Research for valuation. | J. Rimar | 1.5 | $310 | $465.00 |
| 6/30/14 | Review Documents for valuation. | A. McArthur | 2.0 | $415 | $830.00 |
| 7/2/14 | Analysis of records for valuation. | J. Rimar | 1.5 | $310 | $465.00 |
| 7/7/14 | Correspondence with J Rimar and A MacArthur re status of work in progress for submission to counsel. | L. Lee | 0.2 | $325 | $65.00 |
| 7/7/14 | Analysis of records for valuation. | J. Rimar | 1.0 | $310 | $310.00 |
| 7/9/14 | Review Court docket for recent activity; correspondence with J Sumpter re same. | L. Lee | 0.1 | $325 | $32.50 |
| 7/9/14 | Correspondence with S Havkin re timing of work in progress by A MacArthur and J Rimar. | L. Lee | 0.1 | $325 | $32.50 |
| 7/10/14 | Prepared exhibits for valuation of debtor's entities. | D. King | 6.3 | $225 | $1,406.25 |
| 7/11/14 | Review of disk of docs provided to A MacArthur by S Havkin re TSF. | L. Lee | 0.2 | $325 | $65.00 |
| 7/11/14 | Meeting with A MacArthur re status and timing of his work in progress for counsel. | L. Lee | 0.1 | $325 | $32.50 |
| 7/24/14 | Research/Analysis for valuation. | J. Rimar | 6.0 | $310 | $1,860.00 |
| 7/25/14 | Analysis of records for valuation. | J. Rimar | 6.0 | $310 | $1,860.00 |
| 7/29/14 | Prepared valuation exhibits. | D. King | 1.0 | $225 | $225.00 |
| 7/29/14 | Comp Verification for valuation. | B. Schindewol | 0.5 | $75 | $37.50 |
| 7/31/14 | Comp Verification for valuation. | B. Schindewol | 1.0 | $75 | $75.00 |
| 8/4/14 | Comp Verification for valuation. | B. Schindewol | 0.5 | $75 | $37.50 |
| 8/5/14 | Review recent court filings. | L. Lee | 0.6 | $325 | $195.00 |
| 8/5/14 | Teleconference with A McArthur re businesses affiliated with debtor. | L. Lee | 0.1 | $325 | $32.50 |
| 8/7/14 | Valuation Analysis | A. McArthur | 3.0 | $415 | $1,245.00 |
| 8/11/14 | Valuation Analysis | A. McArthur | 4.0 | $415 | $1,660.00 |
| 8/11/14 | Teleconferences with A McArthur re TSF and related expenses; examination of related records. | L. Lee | 1.4 | $325 | $455.00 |
| 8/13/14 | Prepared for valuation of entities. | D. King | 2.3 | $225 | $506.25 |
| 8/13/14 | Teleconference with S Havkin and A McArthur re documents needed from debtor for valuation analysis. | L. Lee | 0.2 | $325 | $65.00 |
| 8/13/14 | Teleconferences with D King re work plan for scheduling of TSF expenses. | L. Lee | 0.3 | $325 | $97.50 |

EXHIBIT "A"

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 8/13/14 | Meeting with A McArthur re documentation on file re TSF expenses and scheduling of same. | L. Lee | 0.3 | $325 | $97.50 |
| 8/14/14 | Prepared schedules for valuation of entities. | D. King | 6.0 | $225 | $1,350.00 |
| 8/14/14 | Review schedule compiled by D King re expenses of TSF and correspondence with A McArthur re same. | L. Lee | 0.1 | $325 | $32.50 |
| 8/14/14 | Analysis for valuation. | J. Rimar | 1.0 | $310 | $310.00 |
| 8/15/14 | Analysis for valuation. | J. Rimar | 4.5 | $310 | $1,395.00 |
| 8/18/14 | Analysis for valuation. | J. Rimar | 3.8 | $310 | $1,162.50 |
| 8/18/14 | Made Comp calls for valuation. | B. Schindewol | 1.0 | $75 | $75.00 |
| 8/18/14 | Valuation Analysis | A. McArthur | 3.5 | $415 | $1,452.50 |
| 8/19/14 | Analysis/Valuation report writing | J. Rimar | 3.3 | $310 | $1,007.50 |
| 8/21/14 | Analysis for valuation. | J. Rimar | 4.0 | $310 | $1,240.00 |
| 8/21/14 | Teleconference and correspondence with S Havkin re documentation of exchange with debtor's accountant. | L. Lee | 0.1 | $325 | $32.50 |
| 8/26/14 | Draft/Review Report | A. McArthur | 6.0 | $415 | $2,490.00 |
| 8/26/14 | Preparation of valuation exhibits. | D. King | 5.0 | $225 | $1,125.00 |
| 8/27/14 | Preparation of valuation. | D. King | 1.3 | $225 | $281.25 |
| 8/28/14 | Draft/Review Report | A. McArthur | 6.0 | $415 | $2,490.00 |
| 8/28/14 | Preparation of valuation exhibits. | D. King | 5.5 | $225 | $1,237.50 |
| 8/29/14 | Reviewed and edited valuation report. | D. King | 2.0 | $225 | $450.00 |
| 9/2/14 | Analysis for valuation. | J. Rimar | 1.0 | $310 | $310.00 |
| 9/3/14 | Residential Analysis | W. Rahman | 4.0 | $90 | $360.00 |
| 9/5/14 | Residential Analysis | W. Rahman | 5.0 | $90 | $450.00 |
| 9/8/14 | Beverly Hills Residence analysis | W. Rahman | 6.0 | $90 | $540.00 |
| 9/9/14 | Beverly Hills Residence Comps/ Analysis | W. Rahman | 3.5 | $90 | $315.00 |
| 9/22/14 | Analysis for valuation. | J. Rimar | 1.5 | $310 | $465.00 |
| 9/23/14 | Report writing | J. Rimar | 1.5 | $310 | $465.00 |
| 9/24/14 | Report writing | J. Rimar | 3.0 | $310 | $930.00 |
| 9/26/14 | Report writing | J. Rimar | 3.0 | $310 | $930.00 |
| 10/7/14 | Valuation Analysis | A. McArthur | 3.0 | $415 | $1,245.00 |
| 10/10/14 | Review of recent court activity and specific documents from same. | L. Lee | 0.8 | $325 | $260.00 |
| 10/10/14 | Correspondence with S Havkin re upcoming trial. | L. Lee | 0.1 | $325 | $32.50 |
| 10/13/14 | Teleconference with A McArthur re support documents for his scheduled deposition on 10/14/14. | L. Lee | 0.3 | $325 | $97.50 |
| 10/14/14 | Deposition | A. McArthur | 8.0 | $415 | $3,320.00 |
| 10/15/14 | Valuation Analysis | A. McArthur | 4.0 | $415 | $1,660.00 |
| 10/15/14 | Review and update of valuation analysis. | D. King | 0.5 | $225 | $112.50 |
| 10/16/14 | Updated and reviewed valuation analysis. | D. King | 4.3 | $225 | $967.50 |
| 10/16/14 | Valuation Analysis | A. McArthur | 5.0 | $415 | $2,075.00 |
| 10/21/14 | Review documents in files; provide requested documents to S Havkin. | L. Lee | 1.8 | $325 | $585.00 |
| 10/22/14 | Review of valuation and source data. | D. King | 1.0 | $225 | $225.00 |
| 10/23/14 | Report writing. | J. Rimar | 2.0 | $310 | $620.00 |
| 10/24/14 | Finalizing reports | J. Rimar | 4.0 | $310 | $1,240.00 |
| 10/24/14 | Trial Prep | A. McArthur | 4.0 | $415 | $1,660.00 |
| 10/24/14 | Compiled support docs for trial. | D. King | 0.5 | $225 | $112.50 |

EXHIBIT "A"

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 10/27/14 | Respond to inquiries by S Havkin re tax codes and certain requirements. | L. Lee | 0.2 | $325 | $65.00 |
| 10/27/14 | Teleconferences and correspondence with J Rimar, J Sumpter and S Havkin re valuation of industrial and residential properties. | L. Lee | 0.2 | $325 | $65.00 |
| 10/27/14 | Updated public comps for valuation and compiled documents for trial. | D. King | 0.9 | $225 | $202.50 |
| 10/28/14 | Review report | L. Atkinson | 3.0 | $370 | $1,110.00 |
| 10/28/14 | Analysis of TSF bank records. | D. King | 5.3 | $225 | $1,192.50 |
| 10/29/14 | Compiled data for trial support. | D. King | 0.3 | $225 | $67.50 |
| 10/29/14 | Trial Prep | A. McArthur | 4.0 | $415 | $1,660.00 |
| 10/30/14 | Trial Prep and testimony | A. McArthur | 8.0 | $415 | $3,320.00 |
| 10/31/14 | Trial Prep and testimony | A. McArthur | 8.0 | $415 | $3,320.00 |
| 11/3/14 | Revisions to report | J. Rimar | 1.3 | $310 | $387.50 |
| 11/4/14 | Report and analysis revisions | J. Rimar | 1.0 | $310 | $310.00 |
| 11/5/14 | Finalize report | J. Rimar | 1.3 | $310 | $387.50 |
| 11/5/14 | Review residential report | L. Atkinson | 1.0 | $370 | $370.00 |
| 11/7/14 | Report correction | W. Rahman | 2.0 | $90 | $180.00 |
| 11/25/14 | File review and maintenance | J. Sumpter | 0.2 | $495 | $99.00 |
| 1/29/15 | Review recent court activity. | L. Lee | 0.3 | $335 | $100.50 |
| 5/26/15 | Review docket for recent activity. | L. Lee | 0.2 | $335 | $67.00 |
| 9/30/15 | Review recent docket activity and provide requested documents from same to J. Sumpter. | L. Lee | 0.3 | $335 | $100.50 |
| 10/5/15 | Teleconferences with S. Havkin and J. Sumpter re settlement with debtor; correspondence with both re same. | L. Lee | 0.3 | $335 | $100.50 |
| 10/6/15 | Teleconference with S. Havkin and J. Sumpter re settlement with debtor. | L. Lee | 0.2 | $335 | $67.00 |
| | | **Subtotal** | **531.2** | | **$150,135.50** |

**Employment and Fee Applications:**

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 1/3/12 | Prepare employment application and notice re same and process filing. | J. Sumpter | 1.1 | $455 | $500.50 |
| 1/23/12 | Prepare declaration of non-opposition for employment application and order and process same for filing. | J. Sumpter | 0.9 | $455 | $409.50 |
| 2/6/12 | Commence fee application and exhibit preparation. | J. Sumpter | 0.5 | $455 | $227.50 |
| 2/7/12 | Prepare fee application and exhibits. | J. Sumpter | 0.5 | $455 | $227.50 |
| 2/7/12 | Preparation of exhibits for fee application. | L. Lee | 0.7 | $290 | $203.00 |
| 2/8/12 | Preliminary preparation of fee application and supporting exhibits. | J. Sumpter | 0.6 | $455 | $273.00 |
| 2/13/12 | Preliminary preparation of fee application. | L. Lee | 0.2 | $290 | $58.00 |
| 6/25/12 | Update fee application exhibits. | L. Lee | 0.9 | $290 | $261.00 |
| 6/27/12 | Update fee application exhibits. | L. Lee | 0.4 | $290 | $116.00 |
| 7/3/12 | Fee application time detail exhibit preparation. | J. Sumpter | 0.2 | $455 | $91.00 |
| 7/3/12 | Update fee application exhibits. | L. Lee | 0.3 | $290 | $87.00 |
| 7/6/12 | Fee application time detail exhibit preparation. | J. Sumpter | 0.2 | $455 | $91.00 |

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 7/26/12 | Fee application time detail exhibit preparation. | J. Sumpter | 0.2 | $455 | $91.00 |
| 7/26/12 | Fee application time detail exhibit preparation. | L. Lee | 1.9 | $290 | $551.00 |
| 10/1/12 | Fee application time detail exhibit preparation. | L. Lee | 0.9 | $290 | $261.00 |
| 11/2/12 | Fee application time detail exhibit preparation. | L. Lee | 0.2 | $290 | $58.00 |
| 11/5/12 | Update fee application. | L. Lee | 0.2 | $290 | $58.00 |
| 6/5/13 | Update fee application exhibits. | D. King | 0.4 | $195 | $78.00 |
| 10/2/13 | Update fee application exhibits. | L. Lee | 0.1 | $300 | $30.00 |
| 10/2/13 | Update fee application exhibits. | D. King | 0.8 | $195 | $146.25 |
| 5/20/14 | Update fee application exhibits. | D. King | 0.5 | $225 | $112.50 |
| 8/19/14 | Update fee application exhibits. | L. Lee | 1.1 | $325 | $357.50 |
| 12/17/14 | Update fee application exhibits. | L. Lee | 1.5 | $325 | $487.50 |
| 9/30/15 | Update fee application exhibits. | L. Lee | 0.7 | $335 | $234.50 |
| 10/6/15 | Review litigation settlement with counsel and prepare fee application. | J. Sumpter | 0.2 | $505 | $101.00 |
| 10/8/15 | Preparation of first and final fee application. | L. Lee | 0.6 | $335 | $201.00 |
| 1/12/16 | Preparation of exhibits for fee application. | L. Lee | 0.3 | $335 | $100.50 |
| 1/12/16 | Prepare fee application and exhibits. | J. Sumpter | 0.5 | $525 | $262.50 |
| 1/16/16 | Preparation of first and final fee application. | L. Lee | 1.8 | $335 | $603.00 |
| 1/18/16 | Prepare final fee app and exhibits. | J. Sumpter | 3.6 | $525 | $1,890.00 |
| 1/19/16 | Review of first and final fee application. | L. Lee | 0.3 | $350 | $105.00 |
| 1/19/16 | Prepare final fee application and exhibits | J. Sumpter | 0.8 | $525 | $420.00 |
| | | **Subtotal** | 23.1 | | **$8,693.25** |
| | **Tax:** | | | | |
| 2/3/12 | Review and respond to emails from L. Lee re turnover and review of debtor records and tax returns. | J. Sumpter | 0.2 | $455 | $91.00 |
| 2/7/12 | Review and respond to emails from Trustee and G. Nicol regarding debtor's financial records needed and turnover re same for transfer analysis and tax return preparation. | J. Sumpter | 0.2 | $455 | $91.00 |
| 2/10/12 | Follow up correspondence with Debtor's accountant, Trustee and counsel re obtaining tax and accounting records from Debtor. | L. Lee | 0.1 | $290 | $29.00 |
| 2/14/12 | Prepare and respond to emails to/from L. Lee and G. Nicol, Esq. re debtor's tax returns and records turnover for avoidable transfer analysis; and review file re same. | J. Sumpter | 0.3 | $455 | $136.50 |
| 2/14/12 | Correspondence with Debtor's accountant, Trustee and counsel re obtaining tax and accounting records from Debtor. | L. Lee | 0.5 | $290 | $145.00 |
| 2/15/12 | Draft letter to Debtor requesting tax and financial information. | L. Lee | 0.5 | $290 | $145.00 |

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 2/16/12 | Complete and send letter to Debtor requesting tax and accounting documents; correspondence with Trustee and counsel re same. | L. Lee | 0.4 | $290 | $116.00 |
| 5/30/14 | Tele conf. w/ L. Lee re entity tax returns and status of case. | D. King | 0.5 | $225 | $112.50 |
| 5/31/14 | Analysis of entity tax filings. | D. King | 1.0 | $225 | $225.00 |
| 6/2/14 | Analysis of tax returns and preparation for valuation of entities, tele conf w/ L. Lee re same. | D. King | 3.8 | $225 | $855.00 |
| 9/29/15 | Tel conf with Trustee and email L. Lee re settlement and final tax return preparation. | J. Sumpter | 0.3 | $505 | $151.50 |
| 1/12/16 | Review records and prepare estate returns | J. Sumpter | 0.5 | $525 | $262.50 |
| 1/13/16 | Review documents from counsel and on file re taxes of debtor and related entities; correspondence with D. Hughes re same for estate filing. | L. Lee | 0.6 | $350 | $210.00 |
| 1/13/16 | Review records and prepare estate returns. | J. Sumpter | 1.9 | $525 | $997.50 |
| 1/14/16 | Review business records and prepare tax returns. | J. Sumpter | 0.2 | $525 | $105.00 |
| 1/15/16 | Correspondence with L. Mavyan re estate's TIN and correspondence with D. Hughes re same; Provide prior tax documents to D. Hughes for preparation of estate returns. | L. Lee | 0.1 | $350 | $35.00 |
| 1/15/16 | Review business records and prepare estate returns. | J. Sumpter | 0.2 | $525 | $105.00 |
| 1/18/16 | Prepare estate tax returns. | J. Sumpter | 0.2 | $525 | $105.00 |
| 1/27/16 | Review business records and settlement pleadings for tax return preparation; email D. Hughes re same. | J. Sumpter | 1.4 | $525 | $735.00 |
| 1/28/16 | Review business records and prepare estate tax returns. | J. Sumpter | 1.2 | $525 | $630.00 |
| 1/28/16 | Review records for return preparation. | J. Li | 0.9 | $125 | $112.50 |
| 2/1/16 | Email Steve Golden re return preparation. | D. Hughes | 0.2 | $390 | $78.00 |
| 2/5/16 | Review records and prepare estate returns. | J. Li | 1.2 | $125 | $150.00 |
| 2/6/16 | Continued prep of estate returns. | J. Li | 1.2 | $125 | $150.00 |
| 2/8/16 | Review records and prepare estate returns. | J. Li | 0.5 | $125 | $62.50 |
| 2/12/16 | Review records and prepare estate returns. | J. Li | 1.1 | $125 | $137.50 |
| 2/20/16 | Review records and prepare estate returns. | J. Li | 2.3 | $125 | $287.50 |
| 2/22/16 | Review records and prepare estate returns. | J. Sumpter | 0.2 | $525 | $105.00 |
| 2/22/16 | Research on checkpoint. Finished prep. | J. Li | 3.7 | $125 | $462.50 |
| 2/23/16 | Prepared returns. Added notes for 2016 return prepared in 2015 software. | J. Li | 0.9 | $125 | $112.50 |
| 2/26/16 | Review 2016 return and prepare adjustments. | B. Tocco | 0.6 | $280 | $168.00 |
| 2/29/16 | Prepare estate returns. | J. Li | 0.7 | $125 | $87.50 |
| 2/29/16 | 2016 return prep. | B. Tocco | 0.2 | $280 | $56.00 |
| 2/29/16 | Prepare estate returns. | J. Li | 1.7 | $125 | $212.50 |
| 3/1/16 | Prepare estate returns. | J. Li | 0.5 | $125 | $62.50 |
| 3/7/16 | Prepare estate tax returns. | J. Sumpter | 0.4 | $525 | $210.00 |

| Date | Description | Staff | Hours | Rate | Fees |
|------|-------------|-------|-------|------|------|
| 3/7/16 | Review 2016 tax return. | B. Tocco | 0.2 | $280 | $56.00 |
| 3/7/16 | Bankruptcy return preparation. | A. Dariphone | 0.5 | $65 | $32.50 |
| 3/7/16 | Review and sign federal and CA returns. | D. Hughes | 0.5 | $390 | $195.00 |
| | **Subtotal** | | **31.6** | | **$8,020.50** |
| | **Total:** | | 585.8 | | **$166,849.25** |
| | **Blended Rate** | | | **$285** | |

**Expenses**

| Date | Description | Staff | | | Fees |
|------|-------------|-------|---|---|------|
| 4/17/12 | Computer Lexis Nexisw Database Charges | C. Kennedy | | | $509.20 |
| 2/29/12 | Computer Lexis Nexisw Database Charges | C. Kennedy | | | $305.78 |
| 8/9/13 | Airfare | D. King | | | $823.89 |
| 8/9/13 | Lodging | D. King | | | $476.27 |
| 8/9/13 | Meals | D. King | | | $117.15 |
| 8/9/13 | Parking | D. King | | | $36.00 |
| 8/9/13 | Meals | L. Lee | | | $28.15 |
| 8/9/13 | Parking | L. Lee | | | $9.00 |
| 8/9/13 | Mileage | L. Lee | | | $19.21 |
| 8/22/13 | Computer LexisNexis Database Charges | C. Kennedy | | | $172.63 |
| 10/4/13 | 9/1/2013 | L. Lee | | | $45.21 |
| 10/4/13 | September 2013 - Parking | L. Lee | | | $4.50 |
| 11/27/13 | LexisNexis Inv 1308211575 | C. Kennedy | | | $20.86 |
| 6/9/14 | Parking | L. Lee | | | $9.00 |
| 6/9/14 | Mileage | L. Lee | | | $19.04 |
| 6/27/14 | Car Rental | J. Rimar | | | $76.73 |
| 6/27/14 | Lodging | J. Rimar | | | $144.09 |
| 6/27/14 | Meals | J. Rimar | | | $24.96 |
| 6/27/14 | Airfare | J. Rimar | | | $391.67 |
| 7/15/14 | Other | J. Rimar | | | $17.47 |
| 10/31/14 | Meals | A. McArthur | | | $15.65 |
| 10/31/14 | October 31  - Parking | A. McArthur | | | $14.00 |
| 10/31/14 | Computer Database Charges | A. McArthur | | | $127.76 |
| 10/31/14 | Parking | A. McArthur | | | $23.50 |
| | **Total:** | | | | **$3,431.72** |
| | **Combined Total:** | | | | **$170,280.97** |

EXHIBIT "A"

**Bankruptcy Estate of Meir Asher**
Filing:  2:11-bk-54302-RN
Professional Activity Summary

| Staff | Hours | Rate | Fees |
|-------|-------|------|------|
| **Asset Analysis and Recovery:** | | | |
| **Managing Director** | | | |
| J. Sumpter | 14.9 | $455 | $6,779.50 |
| J. Sumpter | 6.2 | $470 | $2,914.00 |
| J. Sumpter | 7.8 | $495 | $3,861.00 |
| | | | |
| **Managing Director** | | | |
| A. McArthur | 72.5 | $415 | $30,087.50 |
| | | | |
| **Managing Director** | | | |
| L. Atkinson | 4.0 | $370 | $1,480.00 |
| | | | |
| **Director** | | | |
| J. Rimar | 71.3 | $310 | $22,087.50 |
| | | | |
| **Manager** | | | |
| L. Lee | 41.9 | $290 | $12,151.00 |
| L. Lee | 100.8 | $300 | $30,240.00 |
| L. Lee | 37.7 | $325 | $12,252.50 |
| L. Lee | 1.3 | $335 | $435.50 |
| | | | |
| **Manager** | | | |
| D. King | 43.3 | $225 | $9,742.50 |
| | | | |
| **Senior Associate** | | | |
| D. King | 74.3 | $195 | $14,478.75 |
| | | | |
| **Associate** | | | |
| W. Rahman | 20.5 | $90 | $1,845.00 |
| | | | |
| **Associate** | | | |
| B. Schindewolf | 3.0 | $75 | $225.00 |
| | | | |
| **Intern** | | | |
| A. Cornick | 13.3 | $49 | $649.25 |
| | | | |
| **Intern** | | | |
| N. Kido | 13.1 | $49 | $641.90 |
| | | | |
| **Intern** | | | |
| Nardi | 5.4 | $49 | $264.60 |
| | | | |
| **Subtotal** | 531.2 | | $150,135.50 |

| Staff | Hours | Rate | Fees |
|---|---|---|---|
| **Employment and Fee Applications:** | | | |
| | | | |
| **Managing Director** | | | |
| J. Sumpter | 4.2 | $455 | $1,911.00 |
| J. Sumpter | 0.2 | $505 | $101.00 |
| J. Sumpter | 4.9 | $525 | $2,572.50 |
| | | | |
| **Manager** | | | |
| L. Lee | 5.7 | $290 | $1,653.00 |
| L. Lee | 0.1 | $300 | $30.00 |
| L. Lee | 6.0 | $335 | $1,984.00 |
| L. Lee | 0.3 | $350 | $105.00 |
| | | | |
| **Manager** | | | |
| D. King | 0.5 | $225 | $112.50 |
| | | | |
| **Senior Associate** | | | |
| D. King | 1.2 | $195 | $224.25 |
| | | | |
| **Subtotal** | 23.1 | | $8,693.25 |

**Tax:**

| Staff | Hours | Rate | Fees |
|---|---|---|---|
| **Managing Director** | | | |
| J. Sumpter | 0.7 | $455 | $318.50 |
| J. Sumpter | 0.3 | $505 | $151.50 |
| J. Sumpter | 6.2 | $525 | $3,255.00 |
| | | | |
| **Director** | | | |
| D. Hughes | 0.7 | $390 | $273.00 |
| | | | |
| **Director** | | | |
| B. Tocco | 1.0 | $280 | $280.00 |
| | | | |
| **Manager** | | | |
| L. Lee | 1.5 | $290 | $435.00 |
| L. Lee | 0.7 | $350 | $245.00 |
| | | | |
| **Manager** | | | |
| D. King | 5.3 | $225 | $1,192.50 |
| | | | |
| **Associate** | | | |
| J. Li | 14.7 | $125 | $1,837.50 |
| | | | |
| **Administrative Assistant** | | | |
| A. Dariphone | 0.5 | | $32.50 |
| | | | |
| **Subtotal** | 31.6 | | $8,020.50 |
| | | | |
| **Total:** | 585.8 | | $166,849.25 |
| | | | |
| **Blended Rate** | | $285 | |

EXHIBIT "B"

**Bankruptcy Estate of Meir Asher**
Filing: 2:11-bk-54302-RN
Monthly Summary of Fees

| | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis and Recovery: | $5,073.50 | $12,155.50 | $194.50 | $348.00 | | $116.00 | $182.00 | $120.00 | | $18,189.50 |
| Employment and Fee Applications: | | $910.00 | $989.00 | | | | $377.00 | $911.00 | | $3,187.00 |
| Tax: | | | $753.50 | | | | | | | $753.50 |
| | $5,073.50 | $13,065.50 | $1,937.00 | $348.00 | $0.00 | $116.00 | $559.00 | $1,031.00 | $0.00 | |

| | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis and Recovery: | $165.50 | | $575.50 | | | $30.00 | | | | $771.00 |
| Employment and Fee Applications: | | $261.00 | $116.00 | | | | | | | $377.00 |
| Tax: | | | | | | | | | | $0.00 |
| | $165.50 | $261.00 | $691.50 | $0.00 | $0.00 | $30.00 | $0.00 | $0.00 | $0.00 | |

| | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis and Recovery: | $2,154.75 | $33,373.75 | $10,847.25 | $2,658.75 | $124.00 | | | $130.00 | | $49,288.50 |
| Employment and Fee Applications: | $78.00 | | | | $176.25 | | | | | $254.25 |
| Tax: | | | | | | | | | | $0.00 |
| | $2,232.75 | $33,373.75 | $10,847.25 | $2,658.75 | $300.25 | $0.00 | $0.00 | $130.00 | $0.00 | |

| | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis and Recovery: | | $32.50 | $9,817.00 | $12,898.75 | $6,466.25 | $20,522.50 | $4,765.00 | $25,215.00 | $1,734.00 | $81,451.00 |
| Employment and Fee Applications: | | | $112.50 | | | $357.50 | | | | $470.00 |
| Tax: | | | $337.50 | | $855.00 | | | | | $1,192.50 |
| | $0.00 | $32.50 | $10,267.00 | $13,753.75 | $6,466.25 | $20,880.00 | $4,765.00 | $25,215.00 | $1,734.00 | |

| | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis and Recovery: | | $100.50 | | | | $67.00 | | | | $167.50 |
| Employment and Fee Applications: | $487.50 | | | | | | | | | $487.50 |
| Tax: | | | | | | | | | | $0.00 |

|  | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|
|  | $487.50 | $100.50 | $0.00 | $0.00 | $0.00 | $67.00 | $0.00 | $0.00 | $0.00 |  |

|  | Sep-15 | Oct-15 | Nov-15 | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| Asset Analysis and Recovery: | $100.50 | $167.50 |  |  |  |  |  |  | $268.00 |
| Employment and Fee Applications: | $234.50 | $302.00 |  |  | $3,381.00 |  |  |  | $3,917.50 |
| Tax: | $151.50 |  |  |  | $3,297.50 | $2,089.00 | $536.50 |  | $6,074.00 |
|  | $486.50 | $469.50 | $0.00 | $0.00 | $6,678.50 | $2,089.00 | $536.50 | $0.00 |  |

|  | TOTAL |
|---|---|
| Asset Analysis and Recovery: | $150,135.50 |
| Employment and Fee Applications: | $8,693.25 |
| Tax: | $8,020.50 |
|  | $166,849.25 |

**EXHIBIT D**

**CBIZ**

CBIZ Valuation Group, LLC
Valuation, Financial Advisory and Litigation Support

## JEFFREY L. SUMPTER

3101 North Central Avenue, Suite 300
Phoenix, AZ 85012
602-643-0112
jsumpter@cbiz.com

SUMMARY

Mr. Sumpter is a Managing Director – Litigation Support of CBIZ Valuation Group, LLC. He has been a licensed attorney for over 25 years and a certified public accountant for over 30 years. He specializes in forensic accounting, fraud investigations, litigation support and expert witness services, business restructuring, real estate sales, Chapter 11 plan feasibility and liquidation analysis, solvency analysis, claim resolutions, business valuations, taxation, avoidable transfer recoveries, asset tracing and bankruptcy case administration. He has experience working in the spheres of real estate development, manufacturing, retail, transportation, telecommunications, construction, banking, government, trusts, restaurants, medical providers, hotels, gaming, insurance, entertainment and environmental.

Mr. Sumpter has extensive experience in fiduciary administration, forensic investigations, business restructuring, and litigation consultation services in over 10,000 cases involving bankruptcy administration, receiverships, fraud, business sale transactions, turnarounds, distressed business valuations, wage and hour disputes, records reconstruction, accounting irregularities, breaches of fiduciary duty, fraudulent transfers, insolvency, punitive damages, Ponzi schemes and contract disputes. He has represented businesses in out-of-court resolutions as well as creditors, trustees, committees, and debtors in bankruptcy proceedings. He has been appointed as a Chapter 11 trustee and examiner in Phoenix, Arizona, and has been engaged by school districts, real estate developers, hotels, casinos, insurance carriers, banks, trusts and pension, health and welfare plans in California, Nevada, and Arizona for audit, tax, contract compliance, and forensic investigation engagements.

WORK EXPERIENCE

**CBIZ Valuation Group, LLC: –** November 2009 to Present

**Stonefield Josephson, Inc.:** May 2003 to November 2009

**KPMG LLP:** August 1998 to May 2003

**Biggs & Company:** June 1996 to August 1998

**Tax Consulting Group:** June 1994 to June 1996

**Danning, Gill, Diamond & Kollitz:** September 1986 to June 1994

**Haight, Dickson, Brown & Bonesteel:** September 1984 to September 1986

**Main, LeFranz & Company:** June 1978 to August 1981

**CBIZ**

CBIZ Valuation Group, LLC
Valuation, Financial Advisory and Litigation Support

PROFESSIONAL EXPERIENCE

- Court appointed Chapter 11 trustee in Phoenix, Arizona, in consolidated real estate cases: *In re Wildmint 615, LLC* and *Rector 42, LLC* (Case Nos. 2:06-bk-936 RTB and 2:06-bk-937 RTB).

- Provided forensic accounting services for a trust, to investigate and report on alleged misappropriations of assets involving numerous closely held business ventures. The businesses were primarily involved with commercial and residential real estate acquisition and financing, development and construction, along with casinos and loan transactions with the various businesses and individual family members. Upon conclusion of the investigation, over $40,000,000 in alleged asset misappropriations had been discovered.

- Provided litigation advisory, investigation and expert witness services relative to punitive damages phase of multi-million dollar real estate development breach of fiduciary duty litigation. Engagement required detailed analysis of the defendants' business and personal records, preparation of schedules of assets, liabilities, income and net worth for trial testimony, consultation with counsel relative to disputed discovery requests and opposing expert's deposition, and expert witness testimony at trial.

- Provided litigation advisory, investigation and expert witness services relative to breach of contract litigation involving telecommunication network services for hotels across the United States and Canada. Engagement required detailed analysis of the hotel networks, financial records, opposing expert reports and related schedules, preparation of rebuttal report and expert testimony.

- Provided Chapter 11 Plan consultation and expert witness services for the debtor in possession relative to the feasibility and best interest of creditors test for a contested plan. Evaluated the reasonableness of the interest rates charged on numerous commercial and residential real estate loans, and effectively assisted the debtor in negotiations which lead to a confirmed plan of reorganization.

- Court-appointed examiner for a multi-million dollar hotel located in Phoenix, Arizona, to investigate and report on management services rendered, propriety of fees charged, and claims to litigation settlement proceeds by bankruptcy estate and secured creditor.

- Provided contract audit services for the Los Angeles Unified School District. Engagement involved over 50 different multi-million dollar projects including cost incurred audits, due diligence investigations, CAM audits, cost surveys and performance audits requiring reporting under GAGAS.

- Provided expert witness testimony involving a multi-million dollar estate, with fraudulent divorce, family trust and related transfers of real estate and stock ownership of a supermarket in Southern California that catered to the entertainment industry. Engagement required detailed analysis of market operations and tracing of personal and business transfers. Provided expert testimony to establish fraudulent divorce and recover fraudulent transfers.

- Engaged to provide expert witness testimony involving real estate fraud and transfer avoidance litigation and the reasonableness of a $3.5 million settlement offer. Engagement required in depth analysis of real estate valuations, liens, bank account transfers, litigation costs, statute of limitations, tax ramifications, and affirmative defenses, and required preparation of related expert report and Court testimony.



CBIZ Valuation Group, LLC
Valuation. Financial Advisory and Litigation Support

- Provided litigation support services relative to fraudulent conveyance litigation over a $285 million acquisition of a workers compensation insurance company. Provided insolvency analysis and evaluated the debtor's receipt of less than reasonably equivalent value for the consideration paid and obligations assumed; analyzed the debtor's assets, liabilities, capital, and ability to pay debts as they matured; and prepared the corresponding expert witness report.

- Provided litigation advisory services and expert testimony involving a breach of fiduciary duty, accounting irregularities, corporate dissolution and fraud lawsuit involving a Los Angeles nightclub. Analyzed business records, prepared schedules relative to asset transfers, provided lost profit calculations, and provided expert witness testimony at trial.

- Provided litigation support and expert witness services involving the reasonableness of the default interest rate charged by a bank on a commercial real estate loan. Assisted the trustee in the successful negotiations of a settlement as to the rate charged, thereby freeing up equity in the property and leading to the sale of the real estate for the benefit of the estate's creditors.

- Engaged to provide litigation support in a fraud case involving several hundred defrauded investors in entities conspiring in various real estate scams, with assets exceeding $10 million. Analyzed business records and provided expert testimony for counsel to locate, recover and liquidate hidden assets, including $1 million in jewelry and funds transferred through other entities to foreign accounts.

- Engaged to evaluate commercial real estate operational issues as well as negotiate and implement a Chapter 11 reorganization plan. Integrally involved in litigation and subsequent settlement negotiations with secured creditor over cash collateral, valuation, cramdown, and plan feasibility issues.

- Analyzed bank lending transactions and traced intercompany transfers relative to $80 million fraudulent transfer litigation in order to support several defenses on behalf of a commercial bank. Successfully limited lender's liability through settlement.

- Provided expert testimony involving a multi-million dollar airplane parts distribution corporation. Investigation uncovered in excess of $2,000,000 in disputed liens and avoidable transfers.

- Represented the Chapter 11 trustee of a tax shelter company involving over 700 defrauded investors. Oversaw the litigation of the disputed investor claims to the estate's property, including uranium mining rights in real property located in New Mexico, negotiated the sale of the estate's property and obtained plan confirmation.

- Represented the trustee of a multi-million dollar company involved in gold and silver bullion investment schemes. Oversaw the litigation of disputed investor claims of ownership to the bullion and liquidation of the estate's bullion reserves.

- Provided expert testimony relative to the bankruptcy estate's litigation to recover the estate's share of proceeds from settlements of lawsuits pending as of the petition date. Also engaged to provide litigation support relative to the recovery of hidden assets and avoidable transfers of estate assets. Oversaw the litigation and settlement negotiations relative thereto.

- Provided expert testimony relative to the alleged fraudulent transfer of the debtor's dental practice and related commercial medical building. Evaluated and testified for the trustee as to the various elements of the applicable fraudulent conveyance statute.



CBIZ Valuation Group, LLC
Valuation, Financial Advisory and Litigation Support

### PROFESSIONAL AFFILIATIONS AND CERTIFICATIONS

Mr. Sumpter is a member of the American Bankruptcy Institute, Association of Insolvency and Restructuring Advisors, American Institute of Certified Public Accountants, the California Society of Certified Public Accountants. Mr. Sumpter serves as a certified Insolvency and Restructuring Advisor and is certified in Financial Forensics. He was admitted to the California Bar in 1985. He has been a certified public accountant licensed in Nevada since 1980 and in Arizona since 2007, and is authorized to practice accounting in the state of California. Mr. Sumpter has earned his certification as a bankruptcy law specialist by the State Bar of California and certification as a distressed business valuation specialist by the Association of Insolvency and Restructuring Advisors. He also graduated from KPMG's Director's Leadership Forum in 2002.

### PUBLICATIONS AND PRESENTATIONS

- The Witness Chair, Summer 2002: "The Bankruptcy Employment and Fee Application Process."

- California Society of Certified Public Accountants, September 2002: "The Bankruptcy Employment and Fee Application Process."

- American Bankruptcy Institute, December 2002: "The Expectation Chasm; A Forensic Accountant's Approach."

- Arizona Society of Certified Public Accountants, July 2010:"Bankruptcy Basics."

- Arizona Society of Certified Public Accountants, December 2010: "Bankruptcy in Arizona – Current Issues."

- Arizona State University, May 2011: "Bankruptcy Overview."

### TESTIMONY EXPERIENCE

- Bankruptcy Courts (California)

- State Courts (California)

- Arbitration and Mediation Proceedings (California)

### EDUCATION

Mr. Sumpter graduated magna cum laude from Western Michigan University with a Bachelor of Arts degree in business administration with a major in accounting. He received his Juris Doctor degree from University of the Pacific, McGeorge School of Law, where he earned the honor of becoming a member of the Order of the Coif and received the Prentice Hall Outstanding Tax Student award.



**ADAM M. Mc ARTHUR, CFA, ASA**
**Curriculum Vitae**

## Professional Background

Adam M. McArthur is a Managing Director for the Western Region of CBIZ Valuation Group, LLC ("CVG"). He has extensive experience in the valuation of closely held corporations, intangible assets, partnerships and professional practices. Mr. McArthur's practice includes both litigated and non-litigated matters.

Prior to joining CVG, Mr. McArthur helped form Strategic Valuation Group, LLC ("SVG"), where he served as a Principal. Prior to the formation of SVG, Mr. McArthur was a Principal and Valuation Manager with Business Enterprise Appraisal Company, Inc. where he focused on the valuation of closely held business and intangible assets. Mr. McArthur's previous valuation experience includes working as a Valuation Manager for Desmond, Marcello & Amster ("DM&A"), a business valuation and litigation support firm. At DM&A, Mr. McArthur performed valuations of businesses and intangible assets for a variety of purposes, including eminent domain, estate and gift tax, shareholder disputes, mergers and acquisitions.

Mr. McArthur worked for Wedbush Morgan Securities, a leading regional investment bank, as an Equity Research Associate. At Wedbush Morgan, he assisted in providing equity research coverage to institutional investors for the life sciences, medical device, assisted living, and dental practice management industries.

Before joining Wedbush Morgan, Mr. McArthur worked in the corporate finance department of Donaldson, Lufkin, & Jenrette (DLJ), a leading Wall St. Investment Bank. While at DLJ, he worked on a wide array of assignments, including various security offerings, mergers, acquisitions, and other corporate transactions.

## Education & Professional Designations

Mr. McArthur has earned the Chartered Financial Analyst (CFA) designation from the CFA Institute (formerly the Association for Investment Management and Research), and the Accredited Senior Appraiser (ASA) designation in the discipline of business valuation from the American Society of Appraisers. Mr. McArthur received his Bachelor of Science Degree in Business Administration with an emphasis in Finance from the California State University at Northridge.

## Memberships

Mr. McArthur maintains memberships in various organizations including the CFA Institute, the American Society of Appraisers, the Institute of Business Appraisers, and the Los Angeles Society of Financial Analysts. Additionally, Mr. McArthur is a member of ProVisors professional networking group.

## Assets Appraised

In addition to the valuation of closely held business in a variety of industries, Mr. McArthur has extensive experience in valuing a variety of business and intangible assets, including:

Real Estate & Investment Holding Companies            In-Process Litigation
Restricted Stock & Blockage Studies                  Executive Compensation Studies
Entertainment Residuals & Related Creative Properties  Patents & Trademarks
Software & Related Technologies                       Domain Names
Medical Devices & Life Sciences                       Physician Compensation Studies
In-Process R&D

## Purpose of Valuations

Estate Tax & Estate Planning          Shareholder Disputes
Employee Stock Ownership Plans         Marital Dissolution
Eminent Domain                         Merger & Acquisitions
Corporate P lanning                    Financial Reporting
Lost Profits and Damages

## Speaking Engagements

Hard to Value Assets – 2011 Hawaii Tax institute
A Valuation Perspective of Buy – Sell Agreements – Various
Understanding Fractional Interest Valuations – Southern California Appraisal Institute

## Testimony Experience

Mr. McArthur has qualified as an expert witness in Los Angeles County and Riverside County Superior Courts. Additionally, Mr. McArthur has provided expert witness services via deposition, arbitration and mediation.

## Work History

| | |
|---|---|
| Managing Director – CBIZ Valuation Group, LLC | 2013 – Present |
| Principal – Strategic Valuation Group, LLC | 2009 to 2013 |
| Principal – Business Enterprise Appraisal Company, Inc. | 2004 to 2009 |
| Valuation Manager – Desmond, Marcello & Amster | 2001 to 2004 |
| Financial Analyst – Business Enterprise Appraisal Company, Inc. | 1999 to 2001 |
| Research Associate – Wedbush Morgan Securities | 1998 to 1999 |
| Banking Assistant - Donaldson, Lufkin & Jenrette | 1997 to 1998 |

# CBIZ Valuation Group, LLC

**Biography:** Linda Atkinson, MAI, CCIM



**Linda Atkinson,**
**Managing Director**

625 Maryville Ctr. Dr.
Suite 200
St. Louis, MO 63141
Phone: (314) 692-5818
Fax: (314) 692-4222
latkinson@cbiz.com

Ms. Atkinson is a managing director with CBIZ Valuation Group's Real Estate Practice. She has over 28 years of diversified experience in real estate consulting and valuation analysis. Her expertise spans most property types including office, retail, multifamily, industrial and lodging as well as many special use properties such as ranches, health facilities and education facilities. She has completed engagements for various purposes including estate and gift tax planning, property acquisition and disposition, property tax, litigation, condemnation, financing, purchase price allocation for tax and financial reporting, and internal business planning. These projects span the United States, Puerto Rico, Europe and Canada. Ms. Atkinson has significant expertise in managing large multi-location valuation projects that involved all valuation disciplines. She also has extensive experience in providing expert witness testimony.

Prior to joining CBIZ Valuation Group, Ms. Atkinson was with LandAmerica Financial Group, Inc., where she directed the commercial real estate consulting and valuation operations in the St. Louis office. She has held similar positions with Arthur Andersen LLP and Marshall & Stevens, Inc. focusing on large scale multi-location and multi-discipline valuation projects.

Ms. Atkinson is a Member of the Appraisal Institute and holds the MAI designation awarded by the Appraisal Institute. She has held positions of president, vice president, regional representative and board of director with the St. Louis Chapter of the Appraisal Institute. Ms. Atkinson is a former member of the General Demonstration Reports Subcommittee at the national level of the Appraisal Institute and is a national grader of demonstration reports. She is certified as a General Real Estate Appraiser in Missouri and Illinois and is fully qualified to perform appraisal work in the remaining 48 states through the issuance of temporary appraisal permits, where required by law. She holds the CCIM (Certified Commercial Investment Member) designation awarded by the CCIM. Other affiliations include membership in the CREW Network (National Network of Commercial Real Estate Women), where she served as treasurer for the St. Louis chapter from 2000 to 2002.

Ms. Atkinson graduated with a Bachelor of Business Administration degree in accounting and finance from Southern Illinois University. She has also attended numerous appraisal and real estate investment courses sponsored by the Appraisal Institute, The Society of Real Estate Appraisers, Commercial Investment Real Estate Institute, International Association of Assessing Offices and others.



**CBIZ Valuation Group, LLC**
Valuation, Financial Advisory and Litigation Support

# CBIZ Valuation Group, LLC

## Biography: John M. Rimar



John M. Rimar
Senior Manager

625 Maryville Ctr. Dr.
Suite 200
St. Louis, MO 63141
Phone:  (314) 692-5803
Fax:  (314) 692-4222
jrimar@cbiz.com

Mr. Rimar is a senior manager with CBIZ Valuation Group.  His responsibilities include management and execution of engagements, business development and the review and preparation of valuation assignments.  Mr. Rimar's real estate experience focuses on real estate consulting and valuation analysis.  His experience spans most property types, such as office, retail, multifamily, industrial, lodging, as well as many special use properties such as health facilities and religious facilities.  He has completed engagements for the purposes of estate and gift tax planning; property acquisition and disposition; property tax; litigation; condemnation; financing; purchase price allocation for tax and financial; and internal business planning.  Mr. Rimar has expertise in managing large multi-location projects.

Prior to joining CBIZ Valuation Group, Mr. Rimar was a manager with LandAmerica Valuation Corporation where his responsibilities included business development, product delivery and staff management for real estate related valuation and consulting services.  Prior to that, he was the director of credit for the Monsanto Company

Mr. Rimar is an associate member of the Appraisal Institute and serves on the Board of Directors as Treasurer for the Appraisal Institute, Greater St. Louis Chapter.  He holds a Certified General Real Estate Appraisers License in 11 states and the District of Columbia.  Mr. Rimar is fully qualified to perform appraisal work in any of the remaining states through the issuance of temporary appraisal permits, where required by law.

Mr. Rimar has a bachelor of science in business administration (accounting and finance) from Southern Illinois University.  He has also taken numerous appraisal courses through the Appraisal Institute as required for state licensing and toward his MAI designation.



**CBIZ Valuation Group, LLC**
Valuation, Financial Advisory and Litigation Support

**CBIZ**

**CBIZ Valuation Group, LLC**
Valuation, Financial Advisory and Litigation Support

### LINDA LEE, CPA, CFE, CIRA
10474 Santa Monica Blvd., Ste 200
Los Angeles, CA  90025
310 268-2018
linda.lee@cbiz.com

Linda Lee, CPA, CFE is a Manager in the Los Angeles office of CBIZ Valuation Group, LLC.  She is a certified public accountant licensed in the states of California and Arizona, a Certified Fraud Examiner and a Certified Insolvency and Restructuring Advisor.  Her core practice is in forensic accounting, asset identification and tracing, records reconstruction, avoidable transfer analysis, fraud investigations, litigation support and consulting.

She began her work in public accounting seven years ago in financial auditing, and has performed various services including forensic analysis, valuation, litigation support, auditing and reporting functions. In addition, she has over 20 years of experience in manufacturing, encompassing all aspects of production and operations.

Ms. Lee earned a Bachelor of Science in Textile Science, and subsequently earned a Certificate in Professional Accounting. She was the Vice President of Operations for a start-up factor serving the garment industry while fulfilling the necessary educational requirements to become a CPA candidate.

## Employment History

May 2011 to Present - CBIZ Valuation Group, LLC, Los Angeles, CA

October 2010 to April 2011 - Marcum LLP, Los Angeles, CA

January 2007 to September 2010 - Stonefield Josephson, Inc., Los Angeles, CA

May 2003 to November 2006 - FTC Commercial Corporation, Los Angeles, CA

July 1987 to September 2001 - Mark Fabrics, Inc., Los Angeles, CA

February 1986 to April 1987 - Lida Manufacturing, New York, NY

April 1981 to February 1986 - RBS Fabrics, Inc, New York, NY

## Professional History

- Provided forensic accounting services, litigation suppport services, insolvency analysis, avoidable transfer analysis, records reconstruction and asset analysis for bankruptcy trustees and their counsel.

- Submitted declaration to the Court in a hotly contested bankruptcy matter resulting in an $800K settlement with insiders for the benefit of the estate.

**CBIZ**

**CBIZ Valuation Group, LLC**
Valuation, Financial Advisory and Litigation Support

- Provided litigation support, valuation and financial analysis for public and private industry.

- Provided contract audit services for the Los Angeles Unified School District.  Engagement involved over 50 different multi-million dollar projects including cost incurred audits, due diligence investigations and performance audits requiring reporting under GAGAS.

- Participated in year-end financial audits and reviews for numerous private industry companies and financial audits of municipalities requiring reporting under GAGAS.

- Vice President of Operations for start-up factor including setting up, maintaining and training and supervising all staff on various operational systems.

- Production Manager for textile converter with annual revenue exceeding $100 million. Coordinated all processes from purchase of raw materials through and including shipment of merchandise to customers, ensuring that all merchandise met rigorous quality and performance specifications.

**Professional Affiliations**
American Bankruptcy Institute
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners
Association of Insolvency and Restructuring Advisors
California Society of Certified Public Accountants
International Women's Insolvency and Restructuring Confederation
Los Angeles Bankruptcy Forum

**Education**
Certificate in Professional Acccounting, Santa Monica College
Bachelor of Science, Textile Science, Pennsylvania State University

**CBIZ**

**CBIZ Valuation Group, LLC**
Valuation, Financial Advisory and Litigation Support

## DYLAN KING, CFA, AM
3101 N Central Ave. Suite 300
Phoenix, AZ 85012
dking@cbiz.com

### Summary

Mr. King is a manager with CBIZ Valuation Group, LLC. He specializes in litigation support, business valuation, solvency analysis, avoidable transfer recovery, fraud investigation, and forensic accounting. He has provided support on a variety of cases involving bankruptcy, fraud, and wrongful death.

### Work Experience

**CBIZ Valuation Group, LLC:** February 2012 to Present
**The Vanguard Group:** June 2006 to January 2012

### Professional Affiliations and Certifications

Chartered Financial Analyst®
Accredited Member (AM) of the American Society of Appraisers
Phoenix CFA Society.
Turnaround Management Association.

### Education

Mr. King graduated from Northern Arizona University with a Bachelor of Science degree in business administration with a major in finance. In addition to his degree, he was awarded a Certificate in Investments.



**Dan Hughes**
*Lead Managing Director, Tax*
**Phoenix, AZ**

Dan has over 25 years of public accounting experience. Dan works with the tax department to ensure that each client's tax consulting and day-to-day tax matters are met by the firm's innovative and aggressive tax team. He also works as a business advisor and consultant.

Dan has worked with clients on planning for acquisitions, divestitures, real-estate transactions, sale transactions, executive compensation and state income tax minimization.

Dan has experience working with clients in a wide variety of industries including services, manufacturing, wholesale distribution, construction, healthcare and real-estate development. He has also played a significant role in client representation before the Internal Revenue Service and state taxing authorities, both at the field and appellant level.

**Expertise**
- Income Tax Planning
- Income Tax Compliance
- Accounting for Income Taxes
- State Tax Income Tax Planning
- Tax Controversy Matters

**Professional Qualifications & Membership**
- Certified Public Accountant (CPA)
- America Institute of Certified Public Accountants (AICPA)
- Arizona Society of Certified Public Accountants (ASCPA)

**Education**
- Bachelor of Science, Accountancy – Arizona State University

| In re:  Meir Asher, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER  2:11-bk-54302-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 3101 No. Central Ave., Ste. 300, Phoenix, AZ 85012.

A true and correct copy of the foregoing document described:
**FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF FINANCIAL ADVISORS AND CONSULTANTS FOR TRUSTEE; DECLARATIONS OF JEFFREY SUMPTER AND TRUSTEE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond H. Aver    ray@averlaw.com
- Wesley H Avery (TR)    wavery@7trustee.net, C117@ecfcbis.com;afitzpatricktrustee@gmail.com;lmavyantrustee@gmail.com;ashawtrustee@gmail.com
- Wesley H Avery (TR)    wamiracle6@yahoo.com, C117@ecfcbis.com;afitzpatricktrustee@gmail.com;lmavyantrustee@gmail.com;ashawtrustee@gmail.com
- Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- Martin F Goldman    MARTY@MARTYLAW.COM
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net
- M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Edgar Martirosyan    , martirosyan@gmail.com
- Georgeann H Nicol    gnicolesq@gmail.com
- Matthew D Resnik    matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com
- James K Sadigh    jamessadigh@aol.com, kevin_acostacf24@me.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Rouben Varozian    rvarozian@bzlegal.com
- Rouben Varozian    rvarozian@bzlegal.com
- Jennifer H Wang    jwang@cookseylaw.com, jwang@ecf.courtdrive.com
- Julie R Watson    julie_watson@cssd.lacounty.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                F 9013-3.1

| In re: Meir Asher, | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:11-bk-54302-RN |

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___June 29, 2016___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter
U.S. Bankruptcy Court – Central District of California
255 E. Temple St., Ste. 1652
Los Angeles, CA 90012

Meir Asher, 702 N. Crescent Drive, Beverly Hills, CA 90210

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2016 | Jeffrey Sumpter | /s/ Jeffrey Sumpter |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**